**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

**RICHARD KAHL**

**VERSUS**

**JEFFERY ROBERTS, ET AL**

**CIVIL ACTION**

**NO. 06-595-RET-CN**

# O R D E R

Considering that a telephone conference was scheduled to be held on January 7, 2008, and that plaintiff's counsel, Steven Allen Debosier, failed to appear at the conference, an Order setting a show cause hearing will be issued.  **Another telephone conference will be held immediately following the hearing.  Defendants' counsel should be available to receive the conference call from Chambers at this time.**

Signed in chambers in Baton Rouge, Louisiana, January 7, 2008.

**MAGISTRATE JUDGE CHRISTINE NOLAND**